IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50924
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALFONSO PINEDA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-780-ALL-IL
- - - - - - - - - -
April 8, 2002

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges

PER CURIAM:[*]

    Alfonso Pineda ("Pineda"), whose real name is Blas Martinez-Briones, appeals from his guilty-plea conviction for importing 100 kilograms or more of a substance containing a detectable amount of marijuana.  He argues that the Government breached its promise in the plea agreement not to oppose a reduction for acceptance of responsibility.  Although this issue is normally reviewed <u>de</u> <u>novo</u>, because Pineda failed to object on this basis

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

at sentencing, we review this issue only for plain error.  <u>See</u>

<u>United States v. Reeves</u>, 255 F.3d 208, 210 (5th Cir. 2001).

The prosecutor's comments challenged by Pineda did not explicitly oppose the imposition of a reduction for acceptance of responsibility.  Pineda has failed to show that such comments constituted plain error.  <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 732 (1993).  Accordingly, the district court's judgment is AFFIRMED.